**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CITIZENS AGAINST dONALD TRUMP, ) <br> INC., d/b/a CITIZENS AGAINST dONALD ) <br> TRUMP FOR DEMOCRACY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES COAST GUARD. ) <br> ) <br> Defendant. ) | Case No. 4:25-cv-1826 |

**PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF.**
**DISCLOSURE OF DOCUMENTS AND ATTORNEY'S FEES**

COMES NOW Plaintiff Citizens Against donald Trump, Inc. d/b/a Citizens Against donald Trump, Inc. for Democracy (hereinafter "Plaintiff CAT"), by and through their attorney, and for their Complaint for Injunctive Relief and Disclosure of Documents pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), for injunctive relief to compel the disclosure and release of agency records improperly withheld by Defendant United States Coast Guard (hereinafter "Defendant Coast Guard") and for other relief and respectfully states to this Honorable Court the following:

**PARTIES**

1. Plaintiff Citizens Against donald Trump, Inc. d/b/a Citizens Against donald Trump for Democracy is a nonpartisan non-profit corporation formed in the State of Missouri, where it resides and holds its principal place of business.

2. Plaintiff Citizens Against donald Trump, Inc. d/b/a Citizens Against donald Trump for Democracy is formed to protect our United States Constitution and laws of our country from unconstitutional or illegal acts by Defendant Trump, Defendant Trump's Cabinet members, the

Departments under Defendant Trump and Defendant Trump's associate's implementing or executing governmental action.

3. Defendant USCG is the maritime security, search and rescue, and law enforcement service branch of the United States Armed Forces (hereinafter "USAF"), which is subject to the requirements of the Freedom of Information Act which (hereinafter the "FOIA").

## JURISDICTION AND VENUE

4. This Court has both subject matter jurisdiction over this matter and personal jurisdiction over the parties. *See* 5 U.S.C. § 552(a)(4)(B).

5. Venue is proper in the United States District Court for the Eastern District of Missouri. *See* 5 U.S.C. § 552(a)(4)(B).

## STATEMENT OF FACTS

### November 16, 2025 Request

6. Plaintiff CAT filed a request for information from USCG on November 16, 2025, pursuant to FOIA.

7. The November 16, 2025 FOIA request (hereinafter the "Request") sought:

With respect to the September 2, 2025 boat strike in the Caribbean waters:

(1) All documents referring to, relating to or reflecting on evidence that the vessel struck by a U.S. Aegis guided-missile destroyer on or about September 2, 2025 was carrying drugs;

(2) All documents referring to, relating to or reflecting on the U.S. Aegis guided-missile destroyer that executed the strike on the vessel allegedly carrying drugs on or about September 2, 2025;

(3) All evidence or intelligence **obtained before** the vessel was struck by a U.S. Aegis guided-missile destroyer on or about September 2, 2025, that the vessel contained drugs;

(4) All evidence or intelligence **obtained before** the vessel was struck by the U.S. Aegis guided-missile destroyer on or about September 2, 2025, that the 11 people on the vessel and were killed, belonged to the Tren de Aragua gang; and

2

      (5)     All photos and videos taken of the vessel, any drugs and the remains of the men on the vessel after a U.S. Aegis guided-missile destroyer on or about September 2, 2025 struck the vessel.

***This request covers physical paper records, electronic records, photographs and video.***

***"Intelligence" is defined as, including, but not limited to, evidence obtained in the form of photos, videos or interceptions of any kind.***

etc.

    8.     The Request is attached hereto as Exhibit 1 and is incorporated herein by reference.

    9.     The USCG sent an email in response to the Request on November 17, 2025 recognizing receipt of the November 16, 2025 Request. (*See* Plaintiff's Exhibit 2 *attached hereto*).

    10.    Plaintiff CAT did not receive any further response to the Request from USCG within twenty (20) days of its Request, as mandated by FOIA. 5 U.S.C. § 552(a)(6)(A)(i).

    11.    Plaintiff CAT did not receive any notice from USCG of unusual circumstances requiring an extension of the statutory deadline within twenty (20) days of its Request, as mandated by FOIA. 5 U.S.C. § 552(a)(6)(b)(ii).

<u>**COUNT I**</u>
**VIOLATION OF THE TERMS OF FOIA**
**FOR INJUNCTIVE RELIEF AND ATTORNEY'S FEES**

    12.    Plaintiff re-alleges all of the preceding paragraphs as if set forth fully herein.

**Injunctive Relief and Attorney's Fees**

    13.    FOIA requires that requests receive a response within twenty (20) days. 5 U.S.C. § 552(a)(6)(A)(i).

    14.    USCG failed to provide Plaintiff CAT with any response regarding its FOIA request within the statutory deadline.

    15.    USCG's actions are in violation of the requirements of FOIA and Plaintiff CAT is entitled to the relief set forth below.

16. USCG's actions in connection with Plaintiff CAT's Request are arbitrary and capricious.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests the following relief:

1. An order directing USCG to release all records requested in Plaintiff's FOIA Request;

2. An injunction against USCG from relying on any FOIA Exemptions in withholding of documents;

3. An order stating that USCG's actions violate the terms of FOIA;

4. A finding that USCG's actions are arbitrary and capricious; and

5. An order directing USCG to pay all costs and attorney's fees associated with the filing of this litigation.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
James W. Schottel, Jr.    #51285MO
906 Olive St., PH
St. Louis, MO 63101
(314) 421-0350
(314) 421-4060 facsimile
jwsj@schotteljustice.com

Attorney for Plaintiff
Citizens Against donald Trump, Inc.
for Democracy