UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CITIZENS AGAINST DONALD
TRUMP INC.,

    Plaintiff,

    v.

UNITED STATES COAST GUARD,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. 4:25-cv-01826-SRC

## Order of Dismissal

Per the Memorandum and Order entered this date, the Court denies as moot the Coast Guard's [9] Motion to Dismiss for Improper Service, but dismisses as moot Plaintiff's [1] complaint. The Court also denies as moot the Coast Guard's [24] Motion for Summary Judgment and Plaintiff's [31] motion to strike. The Court finally denies Plaintiff's [35] motion for attorney's fees and sanctions.

So ordered this 4th day of August 2026.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE